IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY L. GATER**                                                                                       **PLAINTIFF**

v.                                      Case No: 2:23-cv-00054-LPR

**C. EDGE**                                                                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 16). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The RD suggests a without-prejudice dismissal is appropriate, *see* Doc. 16 at 2, but then recommends a with-prejudice dismissal, *see* Doc. 16 at 2–3. The Court assumes the RD meant to recommend a without-prejudice dismissal. In any event, the Court believes the dismissal should be without prejudice in these circumstances.