**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**JERRY L. GATER**                                                                                **PLAINTIFF**

**v.**                                        **Case No: 2:23-cv-00054-LPR**

**C. EDGE**                                                                                **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 26th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE